UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                           :
CHUN FAI LUI,                                              :
                                    Plaintiff,             :
                                                           :              23 Civ. 2612 (LGS)
                   -against-                                :
                                                           :                  ORDER
UNITED STATES OF AMERICA et al.,                           :
                                                           :
                                    Defendants.            :
------------------------------------------------------------:
                                                           X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS on March 28, 2023, the Complaint for a Writ of Mandamus was filed.  It is

hereby

        **ORDERED** that the Government shall, by **May 11, 2023**, file a memorandum in

opposition to the request for a writ of mandamus.  The memorandum shall not exceed fifteen

pages.  Plaintiff shall, by **May 18, 2023**, file a reply memorandum that shall not exceed ten pages.

The memoranda and other materials shall otherwise comply with the Court's Individual Rules.


Dated:  April 27, 2023
        New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**